1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN ASA GERSON NY BAR #5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  FABIAN GARCIA-PALACIO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  1:20-mj-00074-SKO |
| 12            Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE;  ORDER |
| 13  vs. | JUDGE: Hon. Sheila K. Oberto |
| 14  FABIAN GARCIA-PALACIO, | |
| 15            Defendant, | |

16

17  **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel, that Fabian Garcia-Palacio's order of pretrial release be modified in that Mr. Garcia-

19  Palacio's location monitoring condition be changed from home incarceration to a curfew.

20        On July 23, 2020, Mr. Garcia-Palacio was released on pretrial supervision with location

21  monitoring with home incarceration, and a $2,000.00 cash bond.  Since that time, he has

22  appeared in court when required, he is participating in substance abuse treatment, he has

23  maintained a stable residence with his mother/third-party custodian and siblings, he has not had

24  any contact with law enforcement, he has not had contact with co-defendants, and he has

25  complied with all of the rules and regulations of Pretrial Services, including the requirements of

26  location monitoring program.

27        Mr. Garcia-Palacio is also participating in the Better Choices Court Program and has his

28  4th appearance scheduled for December 16, 2020.  He is scheduled to resume adult education

courses in January to obtain his high school diploma and is hoping to be able to start working in order to help out his family. One aspect of the Better Choices Court Program is for participants to become more responsible, and securing gainful employment is one area that the program focuses on.

Pretrial Services has spoken with Mr. Garcia-Palacio's mother/third-party custodian at length, and she feels comfortable with the reduced restrictions and feels confident that the defendant will continue to comply with all conditions of release and will ensure he is only leaving the house for employment or appropriate reasons.  Based on these factors, and the fact that he is still subject to a $2,000.00 secured cash bond, Pretrial Services recommends changing the location monitoring condition from home incarceration to a curfew.  The proposed curfew would be 7:00 p.m. to 7:00 a.m.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Frank Guerrero has no objection to the requested modification. The Government does not object.

                                                Respectfully submitted,

                                                McGREGOR SCOTT
                                                United States Attorney

DATED:  December 16, 2020             /s/ Justin J. Gilio
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED:  December 16, 2020            /s/ Benjamin Gerson
                                                BENJAMIN GERSON
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                FABIAN GARCIA-PALACIO

# **O R D E R**

**IT IS SO ORDERED** that the conditions of Mr. Garcia-Palacio's pretrial release be modified from home incarceration to curfew, such curfew extending from 7:00 p.m. to 7:00 a.m. daily. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 16, 2020**

UNITED STATES MAGISTRATE JUDGE