| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN ASA GERSON NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | FABIAN GARCIA-PALACIO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-mj-00074-SKO |
| Plaintiff, | STIPULATION TO TEMPORARILY MODIFY TERM OF PRETRIAL RELEASE FOR CHRISTMAS; ORDER |
| vs. | |
| FABIAN GARCIA-PALACIO | JUDGE: Hon. Sheila K. Oberto |
| Defendant, | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(n) be modified to allow Mr. Garcia-Palacio to attend a family Christmas gathering at his aunt's home in Fresno, California, from 4:00 p.m. on Thursday, December 24, 2020 until 2:00 a.m. on Friday, December 25, 2020.  Mr. Garcia-Palacio requests the conditions of his release be modified to accommodate the family tradition of celebrating at midnight on Christmas day. At all times, Mr. Garcia-Palacio would be accompanied by and be in the presence of his mother, Perla Gonzalez, who is the court-approved third-party custodian.  Travel would be authorized directly to and from his aunt's home. The address has been supplied to pretrial services and will be sent to the court under separate cover.  No other stops or detours allowed.  Mr. Garcia-Palacio has complied with all terms of his release to date and has done particularly well in the Better Choices program.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer

Frank Guerrero has no objection to the requested modification. The Government does not object.

        Respectfully submitted,

        McGREGOR SCOTT
        United States Attorney

DATED: December 16, 2020       */s/ Justin J. Gilio*
        JUSTIN J. GILIO
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

DATED: December 16, 2020       */s/ Benjamin Gerson*
        BENJAMIN GERSON
        Assistant Federal Defender
        Attorneys for Defendant
        FABIAN GARCIA-PALACIO

## O R D E R

**IT IS SO ORDERED** that the pretrial release condition (7)(n) be modified to allow Mr. Garcia-Palacio visit his aunt's home in Fresno, California, from 4:00 p.m. on Thursday, December 24, 2020 until 2:00 a.m. on Friday, December 25, 2020, in the immediate presence of his Third-Party Custodian Perla Gonzalez at all times.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 16, 2020**

UNITED STATES MAGISTRATE JUDGE