1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    CHARLES J. LEE, #221057
     Assistant Federal Defenders
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: 559-487-5561/Fax: 559-487-5950
5
     Attorneys for Defendant
6    FABIAN GARCIA-PALACIO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:20-mj-00074-SKO

12                 Plaintiff,               STIPULATION TO MODIFY TERM OF
                                            PRETRIAL RELEASE; ORDER
13   vs.
                                            JUDGE: Hon. Stanley A. Boone
14   FABIAN GARCIA-PALACIO,

15                 Defendant.

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(p) be modified to

19   read as follows:

20          You must not possess any communication device other than the government issued flip-

21   phone style cell phone, pre-approved by Pretrial Services, which may only be used for

22   communication with defense counsel, the Pretrial Services agency, treatment providers, and for

23   other purposes specifically approved by the supervising Pretrial Services Officer.

24          All other conditions remain in full force and effect.  Supervising Pretrial Services Officer

25   Frank Guerrero is in agreement with the requested modification.

26   ///

27   ///

28   ///

1

2

3

4  DATED:  January 19, 2021

5

6

7

8

9  DATED:  January 19, 2021

10

11

12

13

14

15

16

17

18

19

20

21  IT IS SO ORDERED.

22  Dated:   **January 20, 2021**

23

24

25

26

27

28

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

*/s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
FABIAN GARCIA-PALACIO

# O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(p) be modified to read:

You must not possess any communication device other than the government issued flip-phone style cell phone, pre-approved by Pretrial Services, which may only be used for communication with defense counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer.

All other conditions remain in full force and effect.

UNITED STATES MAGISTRATE JUDGE